IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AISSATOU CAMARA,
   Plaintiff,

  v.

EPPS AIR SERVICE, INC.
doing business as
Epps Aviation,
   Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-4232-TWT

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 42] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 23] and denying the Plaintiff's Motion for Summary Judgment [Doc. 26]. For the reasons set forth in the Defendant's Response to the Plaintiff's Objections, the Magistrate Judge correctly recommended granting summary judgment on all of the Plaintiff's claims after he determined that it was undisputed that the Defendant offered the Plaintiff a reasonable accommodation for the exercise of her religious beliefs. The Plaintiff has now abandoned her reasonable accommodation claim. Accordingly, the Court approves and adopts the Report and Recommendation as the judgment of the Court. The

Defendant's Motion for Summary Judgment [Doc. 23] is GRANTED. The Plaintiff's Motion for Summary Judgment [Doc. 26] is DENIED.

SO ORDERED, this 13 day of November, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge